MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DEREK OWENS  (CABN 230237)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-6488
    Fax:  (415) 436-7234
    Email: Derek.Owens@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 3-11-70238 JCS |
|     Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER CONTINUING HEARING TO |
| ) | JUNE 7, 2011 AT 9:30 A.M. AND |
| MICHAEL BROWN, ) | EXCLUDING TIME FROM MAY 18, 2011 |
| ) | THROUGH JUNE 7, 2011 |
|     Defendant. ) | |

    On April 28, 2011, the parties in this case appeared before the Court for preliminary hearing on a criminal complaint.  At that time, the parties requested and the Court agreed to set the preliminary hearing for May 18, 2010.  Since that April 28 appearance, the parties have been in discussions regarding a proposed resolution for the matter and a related Form 12 that is pending in the Oakland Division of the Northern District of California.  The parties have not reached a resolution on the case, however believe that continued discussions are in the interests of the defendant and the government.  An additional three weeks will allow the parties enough time to come to a resolution on the case, and the time is required for the effective preparation of

STIP. AND ORDER
CR 3-11-70238 JCS

1  defense counsel in representation of defendant.

2  The parties hereby jointly and respectfully request that the Court continue this matter to
3  Tuesday, June 7, 2011 at 9:30 a.m., before the duty Magistrate Judge Elizabeth D. Laporte for a
4  preliminary hearing.

5  The parties further stipulate that pursuant to Federal Rule of Criminal Procedure (FRCP)
6  5.1(d), the time limits set forth in FRCP 5.1(c) be excluded from May 18, 2011 through June 7,
7  2011.  The parties agree that – taking into account the public interest in prompt disposition of
8  criminal cases – good cause exists for this extension.  Defendant also agrees to exclude for this
9  period of time any time limits applicable under Title 18, United States Code, Section 3161.  The
10 parties represent that granting the continuance is the reasonable time necessary for continuity of
11 defense counsel and effective preparation of defense counsel, taking into account the exercise of
12 due diligence.  See 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also agree that the ends of justice
13 served by granting such a continuance outweighed the best interests of the public and the
14 defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(7)(A).

15

16 SO STIPULATED:

17                                                                     MELINDA HAAG
                                                                       United States Attorney
18
                    5/17/2011                                          /s/ Derek Owens
19 DATED: _____                           _____
                                                                       DEREK OWENS
20                                                                     Assistant United States Attorney

21
                    5/17/2011                                          /S/ Garrick Lew
22 DATED: _____                           _____
                                                                       GARRICK LEW
23                                                                     Attorney for the Defendant

24
   For the reasons stated above, the Court hereby vacates the May 18, 2011 hearing before
25
   Magistrate Judge Edward M. Chen and continues it to Tuesday, June 7, 2011 at 9:30 a.m., before
26
   the duty Magistrate Judge Elizabeth D. Laporte for a preliminary hearing.  The Court further
27
   finds that an exclusion of time from May 18, 2011 through June 7, 2011 is warranted and that the
28

STIP. AND ORDER
CR 3-11-70238 JCS                                 2

1  ends of justice served by the continuance outweigh the best interests of the public and the
2  defendant in a speedy trial.  See 18 U.S.C. §3161 (h)(7)(A); FRCP 5.1(d).  The failure to grant
3  the requested continuance would deny the defendant of continuity of counsel and would deny
4  defense counsel the reasonable time necessary for effective preparation, taking into account the
5  exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C.
6  §3161(h)(7)(B)(iv).

8  SO ORDERED.

10  DATED:_____5/17/11____
11  _____
    THE HONORABLE _____
12  United States



STIP. AND ORDER
CR 3-11-70238 JCS                            3