MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Deputy Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail:    James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>     Plaintiff, ) <br>     v. ) <br> MICHAEL DUPREE BROWN, ) <br>     Defendant. ) <br> ) | No. 3-11-70238 MAG <br><br> STIPULATED REQUEST TO CONTINUE HEARING DATE TO FEBRUARY 29, 2012 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT <br><br> Date:    February 1, 2012 <br> Time:   9:30 a.m. <br> Court:  Hon. Laurel Beeler |

    The above-captioned matter is set on February 1, 2012 before this Court for a status hearing. The parties request, however, that the matter be continued to February 29, 2012 and that time be excluded pursuant to 18 U.S.C. § 3161(b) between February 1, 2012 and February 29, 2012 for the reasons stated below.

    Defendant is presently charged in a criminal complaint with violations of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), 18 U.S.C. § 924(c), and 18 U.S.C. § 922(g)(1). Defendant has previously waived his right to a preliminary hearing pursuant to Federal Rule of Criminal Procedure 5 (Docket No. 10), and has previously agreed to exclude time within which to be charged by Indictment or Information pursuant to 18 U.S.C. § 3161(b). Additionally, defendant

STIP. REQ. TO CONTINUE HEARING DATE TO FEBRUARY 29, 2012 AND TO EXCLUDE TIME
No. 3-11-70238 MAG

1  is currently serving a ten-year federal prison sentence imposed in case no. CR-10-00176 PJH.
2  He is also before the Honorable Claudia Wilken in case no. CR-09-00203 CW on a Petition For
3  Arrest Warrant For Offender Under Supervision based on the same conduct at issue in this case.
4  	Lead counsel for the United States has recently left the United States Attorney's Office,
5  Northern District of California; thus, new counsel for the United States needs time to review the
6  discovery and other matters associated with this case.  Additionally, discovery needs to be
7  provided to defense counsel, and defense counsel needs time to review and analyze the discovery
8  and to discuss the same with defendant.  Further, defense counsel is unavailable between
9  February 18, 2012 and February 25, 2012.  In sum, both parties need additional time to review
10 the discovery in this case, to effectively prepare for future hearings, and/or to attempt to
11 negotiate a pre-indictment resolution.  Defendant agrees to continue to exclude time within
12 which to be charged by Indictment or Information pursuant to 18 U.S.C. § 3161(b) from
13 February 1, 2012 and February 29, 2012.

15 DATED: January 31, 2012

18 _____/s/_____                    _____/s/_____
   JAMES C. MANN                                    GARRICK S. LEW
   Assistant United States Attorney                 Counsel for Michael Dupree Brown
19 Counsel for United States

STIP. REQ. TO CONTINUE HEARING DATE TO FEBRUARY 29, 2012 AND TO EXCLUDE TIME
No. 3-11-70238 MAG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3-11-70238 MAG |
| Plaintiff, | ) ) | [~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO FEBRUARY 29, 2012 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) | |
| MICHAEL DUPREE BROWN, | ) ) | |
| Defendant. | ) ) ) ) | Date: February 1, 2012<br>Time: 9:30 a.m.<br>Court: Hon. Laurel Beeler |

The above-captioned matter is set on February 1, 2012 before this Court for a status hearing. The parties request, however, that the matter be continued to February 29, 2012 and that time be excluded pursuant to 18 U.S.C. § 3161(b) between February 1, 2012 and February 29, 2012 for the reasons stated below.

Defendant is presently charged in a criminal complaint with violations of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), 18 U.S.C. § 924(c), and 18 U.S.C. § 922(g)(1). Defendant has previously waived his right to a preliminary hearing pursuant to Federal Rule of Criminal Procedure 5 (Docket No. 10), and has previously agreed to exclude time within which to be charged by Indictment or Information pursuant to 18 U.S.C. § 3161(b). Additionally, defendant is currently serving a ten-year federal prison sentence imposed in case no. CR-10-00176 PJH.

1  He is also before the Honorable Claudia Wilken in case no. CR-09-00203 CW on a Petition For
2  Arrest Warrant For Offender Under Supervision based on the same conduct at issue in this case.
3       Lead counsel for the United States has recently left the United States Attorney's Office,
4  Northern District of California; thus, new counsel for the United States needs time to review the
5  discovery and other matters associated with this case.  Additionally, discovery needs to be
6  provided to defense counsel, and defense counsel needs time to review and analyze the discovery
7  and to discuss the same with defendant.  Further, defense counsel is unavailable between
8  February 18, 2012 and February 25, 2012.  In sum, both parties need additional time to review
9  the discovery in this case, to effectively prepare for future hearings, and/or to attempt to
10 negotiate a pre-indictment resolution.  Defendant agrees to continue to exclude time within
11 which to be charged by Indictment or Information pursuant to 18 U.S.C. § 3161(b) from
12 February 1, 2012 and February 29, 2012.
13      Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(b),
14 **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from
15 February 1, 2012 to February 29, 2012 at 9:30 a.m., and that time between February 1, 2012 and
16 February 29, 2012 is excluded under the Speedy Trial Act and specifically 18 U.S.C. § 3161(b)
17 to allow: (1) discovery to be produced to defendant; (2) both new counsel for the United States
18 and defense counsel to review and analyze the discovery in this matter; (3) the continuity of
19 defense counsel, who is unavailable between February 18, 2012 and February 25, 2012, and (4)
20 the parties to explore the potential of a pre-indictment resolution of the matter.

DATED: February 1, 2012

                LAUREL BEELER
                United States Magistrate Judge