1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   RANDY S. LUSKEY (CABN 240915)
    Assistant United States Attorney
5
        450 Golden Gate Ave., Box 36055
6       San Francisco, California 94102
        Telephone:  (415) 436-7200
7       Fax: (415) 436-7234
        E-Mail: randall.luskey@usdoj.gov
8
    Attorneys for the United States
9

10

11                  UNITED STATES MAGISTRATE COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                        OAKLAND DIVISION

14  UNITED STATES OF AMERICA,        )    No. 3:11-70238 MAG
                                     )
15         Plaintiff,                )    [PROPOSED] ORDER AND
                                     )    STIPULATION TO CONTINUE
16     v.                            )    HEARING DATE TO MARCH 6,
                                     )    2012 AND TO EXCLUDE TIME UNDER
17  MICHAEL DUPREE BROWN,            )    THE SPEEDY TRIAL ACT
                                     )
18         Defendant.                )    Date: February 29, 2012
                                     )    Time: 9:30 a.m.
19  _____ )    Court: Hon. Laurel Beeler

20

21         The above-captioned matter is set on February 29, 2012 before this Court for a status

22  hearing.  The parties request, however, that the matter be continued to March 6, 2012 and

23  that time be excluded pursuant to 18 U.S.C. § 3161(b) between February 29, 2012 and March

24  6, 2012 for the reasons stated below.

25         Defendant is presently charged in a criminal complaint with violations of 21 U.S.C. §§

26  841(a)(1) and (b)(1)(C), 18 U.S.C. § 924(c), and 18 U.S.C. § 922(g)(1). Defendant has

27  previously waived his right to a preliminary hearing pursuant to Federal Rule of Criminal

28  Procedure 5 (Docket No. 10), and has previously agreed to exclude time within which to be

1   charged by Indictment or Information pursuant to 18 U.S.C. § 3161(b). Additionally, defendant

2   is currently serving a ten-year federal prison sentence imposed in case no. CR-10-00176 PJH.

3   He is also set to appear before the Honorable Claudia Wilken on March 6, 2012, in case no. CR-

4   09-00203 CW on a Petition For Arrest Warrant For Offender Under Supervision based on the

5   same conduct at issue in this case.

6        Lead counsel for the United States has recently left the United States Attorney's Office,

7   Northern District of California; thus, new counsel for the United States needs time to review the

8   discovery and other matters associated with this case. Additionally, discovery needs to be

9   provided to defense counsel, and defense counsel needs time to review and analyze the discovery

10  and to discuss the same with defendant.  Further, the United States Marshals Service notified

11  undersigned counsel today that the defendant would not be present at his scheduled February 29,

12  2012 court appearance because he had not yet been transferred to the Northern District of

13  California from the Federal Correctional Institution in Lompoc, CA.   In sum, both parties need

14  additional time to review the discovery in this case, to effectively prepare for future hearings,

15  and/or to attempt to negotiate a pre-indictment resolution. Defendant agrees to continue to

16  exclude time within which to be charged by Indictment or Information pursuant to 18 U.S.C. §

17  3161(b) from February 29, 2012 to March 6, 2012.

18       Accordingly, and with the consent of the defendant, the Court (1) sets a status hearing

19  before the duty magistrate judge on March 6, 2012, at 9:30 a.m., and (2) orders that the period

20  from February 29, 2012 to March 6, 2012, be excluded from Speedy Trial Act calculations under

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

1  18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

2

3  IT IS SO STIPULATED:

4  DATED: February 28, 2012 _____/s/_____
                              GARRICK S. LEW
5                             Attorney for Defendant

6

7  DATED: February 28, 2012 _____/s/_____
                              RANDY S. LUSKEY
8                             Assistant United States Attorney

9

10 IT IS SO ORDERED.

11
   DATED: March 6, 2012  _____
12                        HON. LAUREL BEELER
                          United States Magistrate Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3